UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE BANKS,

    Petitioner,

v

GEORGE STEPHENSON,

    Respondent.

                                            /

No. 2:14-cv-13566

HON. LAURIE J. MICHELSON

MAG. R. STEVEN WHALEN

## ORDER

This case involves a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The United States Court of Appeals for the Sixth Circuit having issued an order vacating in part this Court's earlier order and remanding the case to this Court, *Banks v. Stephenson*, No. 17-1894, (6th Cir. Jan. 3, 2019), with "directions to grant habeas relief limited to vacating Banks's conviction for assault with intent to do great bodily harm,"

**IT IS HEREBY ORDERED** that habeas relief is GRANTED to the limited degree detailed by the Sixth Circuit and this case is REMANDED to the Third Circuit Court, Wayne County, Michigan, for further proceedings consistent with the Sixth Circuit's order, *Banks v. Stephenson*, No. 17-1894, (6th Cir. Jan. 3, 2019).

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

Date: February 25, 2019

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, February 25, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                                            s/William Barkholz
                                            Case Manager